UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:15-cr-499-T-24JSS

JAMES ORTIZ CASTRO

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, and Title 18, United States Code, Section 3553(e), the United States moves this Court to grant a two-level reduction in defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant James Ortiz Castro provided substantial assistance, the substance of which will be made known to the Court and the time of sentencing.

The United States believes that, because of his efforts on behalf of the United States, this defendant should receive a two-level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                        Respectfully submitted,

                                        A. LEE BENTLEY, III
                                        United States Attorney

By:    */s/ James R. Zoll*           .
          JAMES R. ZOLL
          Special Assistant United State Attorney
          United State Attorney No. 0154
          400 North Tampa Street, Suite 3200
          Tampa, Florida   33602
          Telephone:    (813) 274-6000
          Facsimile:     (813) 274-6178
          E-mail:        James.Zoll@usdoj.gov

U.S. v. James Ortiz Castro                    Case No. 8:15-CR-499-T-24JSS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Jervis Wise, Esq.

                                        */s/ James R. Zoll*                    .
                                        JAMES R. ZOLL
                                        Special Assistant United State Attorney
                                        United State Attorney No. 0154
                                        400 North Tampa Street, Suite 3200
                                        Tampa, Florida   33602
                                        Telephone:    (813) 274-6000
                                        Facsimile:    (813) 274-6178
                                        E-mail:        James.Zoll@usdoj.gov